

## NUMBER 13-11-00040-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

PREMIUM STAR, INC., APPELLANT,

v.

U. S. GRAIN & FEED INGREDIENTS, INC.
AND AMERICAN RICE, INC., APPELLEES.

**On Appeal from the County Court at Law No. 2
of Montgomery County, Texas.**

## MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Vela
Memorandum Opinion Per Curiam**

Appellant, Premium Star, Inc., perfected an appeal from a judgment rendered against it in favor of appellees, U.S. Grain & Feed Ingredients, Inc. and American Rice, Inc. On January 31, 2011, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on January 5, 2011, and that the deputy district

clerk, Bobbye Miller, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
17th day of March, 2011.